# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MARCIAL RUIZ,<br><br>                    Petitioner,<br><br>     v.<br><br>FERETI SEMAIA, *et al*.,<br><br>                    Respondents. | Case No. 5:26-cv-02520-RAO<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.


DATED: May 20, 2026

                                        /s/
                    ROZELLA A. OLIVER
                    UNITED STATES MAGISTRATE JUDGE